UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br>              Plaintiff,<br><br>v.<br><br>NK Properties, LLC., et al.,<br>              Defendant. | Case No. CV 19-06087AB (FFMx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: February 18, 2020          _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE